## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| John P. Sivick, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 252 C.D. 2018 |
| | : | |
| State Ethics Commission, | : | |
| Respondent | : | |

## **O R D E R**

NOW, February 1, 2019, upon consideration of petitioner's application for reconsideration/reargument, and respondent's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge